## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| FREDERICK J. BOYKIN, | |
| Plaintiff, | Case No: 4:20-cv-00441-ALM |
| v. | |
| HARRIS & HARRIS, LTD., | Honorable Amos L. Mazzant, III |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, FREDERICK J. BOYKIN, by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 10th day of December, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE